1  SCOTT SCHOOLS
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

*FILED*

*SEP 10 2007*

CLERK [...]ING
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7                    SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,            )    CRIMINAL NO. CR07-70533PVT
9                                       )
          Plaintiff,                    )
10                                      )    NOTICE OF PROCEEDINGS ON
       v.                               )    OUT-OF-DISTRICT CRIMINAL
11                                      )    CHARGES PURSUANT TO RULES
   Lyle Steven Wisemer                  )    5(c)(2) AND (3) OF THE FEDERAL RULES
12                                      )    OF CRIMINAL PROCEDURE
          Defendant.                    )
13                                      )
   _____ )
14

15     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

   Procedure that on _9/10/17_, the above-named defendant was arrested  based upon an
16
   arrest warrant (copy attached) issued upon an
17
     ☐ Indictment    ☐ Information    ☒ Criminal Complaint    ☐ Other_____
18
   pending in the _Western_ District of _Washington_, Case Number _MJ 07-359_.
19
     In that case, the defendant is charged with a violation(s) of Title(s) _18_ United States Code,
20
   Section(s) _2252 (a)(4)(B) + (b)(2)_
21
   Description of Charges: _Possession of Child Pornography_.
22

23
                                        Respectfully Submitted,
24                                      SCOTT SCHOOLS
                                        UNITED STATES ATTORNEY
25
   Date: _9/10/17_
26                                      Assistant U.S. Attorney
27

28

                                        1

AO 442 (Rev. 10/03) Warrant for Arrest                                                                                       Acnn

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

V.                                              WARRANT FOR ARREST

LYLE STEVEN WISEMER                             CASE NUMBER: MJ 07-359

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   LYLE STEVEN WISEMER

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of   ☐ Probation Violation   ☐ Supervised Release   ☐ Violation Notice
                                                court        Petition                 Violation Petition

charging him or her with (brief description of offense)

Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct

in violation of Title  18  United States Code, Section  2252(a)(4)(B) and (b)(2)

MONICA J. BENTON                                Signature of Issuing Officer
Name of Issuing Officer

United States Magistrate Judge                                                    at Seattle, Washington
Title of Issuing Officer                        Date and Location

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |
| at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By

1

2   ___FILED  ___ENTERED

3   ___LODGED ___RECEIVED

4       JUL 3 1 2007

5       AT SEATTLE
    CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON DEPUTY

6   BY

7               UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
                      AT SEATTLE

8

9   UNITED STATES OF AMERICA,        )   MAGISTRATE'S DOCKET NO.
                                     )   CASE NO. $MJ 07-359$
10              Plaintiff,           )

11        v.                         )   COMPLAINT for VIOLATION
                                     )
12   LYLE STEVEN WISEMER,            )   18 U.S.C. § 2252(a)(4)(B)
                                     )   and (b)(2)
13              Defendant.           )
     _____) .

14

15  BEFORE the Honorable Monica J. Benton, United States Magistrate Judge, Seattle,
    Washington.

16

17  The undersigned complainant being duly sworn states:

18                            **COUNT 1**
     (Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct)

19

20       On or about September 1, 2006, at Anacortes, within the Western District of

21  Washington, LYLE STEVEN WISEMER did knowingly and unlawfully possess visual

22  depictions, the production of which involved the use of a minor engaging in sexually

23  explicit conduct and the visual depictions were of such conduct, visual depictions which

24  had been mailed, shipped, and transported in interstate and foreign commerce.

25       All in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

26       Jennifer Hinckley, the complainant, states that this complaint is based on the

27  following:

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1.      I am a Special Agent with U.S. Immigration and Customs Enforcement ("ICE") in the Department of Homeland Security in Blaine, Washington. I have been an agent of ICE for three years. As part of my duties, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) and I have participated in the execution of previous search warrants, which involved child exploitation and child pornography offenses.

2.      This Affidavit is based on my personal knowledge and on information from other law enforcement officers. I have not included all information gathered during the investigation, but rather only enough information to establish probable cause.

### THE "ILLEGAL CP" WEBSITE

3.      This case began with an investigation by the United States Attorney's Office for the District of New Jersey and the New Jersey offices of ICE into a commercial website labeling itself "illegal.CP" (the "Illegal CP website"). This website offers subscribers access to thousands of images and videos of child pornography. The investigation has revealed that the owners and operators of the "Illegal CP" website have conspired with other corporate entities and individuals, including the operators of a company known as "AD-SOFT," to commercially distribute child pornography.

4.      In October 2005, agents with ICE located the "Illegal CP" website at a URL of http://hualama.cjb.net/, accessible via the Internet, at that time through another web page located at a URL of http://deadundead.info/main.html, which was accessible via the Internet, including from New Jersey. The banner page of the website, that is, the page which initially appeared and which did not require the person accessing the website to provide any financial or personal information, labeled itself "illegal.CP," and featured more than one dozen images of what appear to be minors engaging in sexual acts with other minors or adults. The banner page proclaimed that "[n]ow you are in [sic] few

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  minutes away from the best children porn site on the net!," and promised that "[i]f you

2  join this site you will get tons of uncensored forbidden pics (over 5 at this moment),

3  forbidden stories, and, of course, many videos." The banner page also featured purported

4  feedback from a self-described pedophile who praised the website. The words "join

5  now" appear at the top and bottom of the page.

6       5.    On October 26, 2005, an ICE agent, acting in an undercover capacity

7  ("UC-1") purchased access to the "Illegal CP" website after accessing this banner page.

8  On October 27, 2005, an e-mail from theodore_dykstra@hotmail.com was received at the

9  undercover e-mail address established by ICE agents. That e-mail provided UC-1 with a

10  login and a password to a URL of http://hualama.cjb.net/. The e-mail message also

11  indicated that the credit card charges would appear on UC-1's credit card bill as

12  "ADSOFT" and would include a charge for $79.99.

13       6.    Upon entering the login and password provided via the e-mail from

14  theodore_ dykstra@hotmail.com, UC-1 was able to gain access to the "Illegal CP"

15  website. The login and password block stated that UC-1 was being connected to the IP

16  address of "72.29.83.114." Upon accessing the website, a URL of http://hualama.cjb.net

17  appeared. The top of the initial page which appeared upon entry into the website stated as

18  follows: "FAQ, Please read. 'Our site is considered to be illegal in all countries. . . .

19  Even if you ever have problems with police, you can always say that someone had stolen

20  the information from your credit card and used it. It is very difficult to establish that you

21  were the person to pay.'"

22       7.    Upon examination of the contents of the website, ICE agents determined

23  that it contained thousands of what appeared to be images of child pornography. Upon

24  placing the cursor over a particular image, a URL was listed at the bottom of the screen of

25  "72.29.83.114/~medialo/1/index.html." The website contained both still images and

26  videos of child pornography, and offered the purchase of additional videos through the

27  website. For example, three of the still images of child pornography found on the "Illegal

28  CP" website are described as follows:

COMPLAINT/WISEMER — 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  http://72.29.83.114/~medialo/1/pics/300/0013.jpg: This
2  image depicts a nude, adult male sitting upon a floor with his
   legs spread wide apart. A nude, prepubescent female is also
   depicted, and she is lying on her back with her legs spread
3  apart. The left hand of the male is holding the female's right
   leg. His erect penis appears to be penetrating the
4  prepubescent female's vagina.

5  http://72.29.83.114/~medialo/1/pics/300.0022.jpg: This image
   depicts a nude prepubescent female in a standing position.
6  She is facing an adult male who also appears to be standing.
   The male is wearing what appears to be a dark-colored robe,
7  but his genital area is exposed. The prepubescent female has
   her left hand wrapped around the male's penis and appears to
8  be performing fellatio upon him.

9  http://72.29.83.114/~medialo/1/pics/300/0073.jpg: This
   image depicts what appears to be an adult male wearing a
10 white shirt who is nude below the waist. He appears to be
   lying upon a bed with red pillows. A nude, prepubescent
11 female is sitting upon the bed next to the male. Her legs are
   bent so that her buttocks rest on her feet. Her right hand is
12 holding the male's penis.

13  8.  Through the use of a commercially available search tool, law enforcement
14 agents were able to determine that the IP address listed for the "Illegal CP" website –
15 72.29.83.114 – was associated with a server based in Orlando, Florida, which hosted the
16 content of the "Illegal CP" website during October and November 2005. The search tool
17 revealed that the server is owned by HostDime.com, Inc., 111 N. Orange Avenue,
18 Suite 1050, Orlando, Florida. This information was verified on or about November 14,
19 2005, and a representative of HostDime.com confirmed that it was in possession of the
20 server in question on or about November 16, 2005.

21  9.  A search of the server on which the contents of the "Illegal CP" website
22 were maintained was performed on November 17, 2005, pursuant to a court-authorized
23 search warrant. A review of the contents of this server revealed the presence of
24 thousands of images and videos of child pornography. Further, a review of the contents
25 of the server revealed the IP address for all contacts with the content maintained on the
26 server (the "Illegal CP" website) that had occurred from on or about November 9, 2005,
27 through on or about November 17, 2005. Specifically, this data revealed that hundreds of
28 IP addresses presumably associated with individual subscribers had visited the "Illegal

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  CP" website during this nine-day period. The data also demonstrated which individual
2  images had been accessed by each IP address. On December 14, 2005, and January 5,
3  2006, two additional search warrants were executed on the HostDime server on which the
4  contents of the "Illegal CP" website were hosted through December 2005. Both searches
5  produced additional log files documenting contacts from specific IP addresses with
6  particular images contained on the "Illegal CP" website. During November and
7  December 2005, it appears that the operators of the "Illegal CP" website shifted the
8  location of the contents of the "Illegal CP" website to a different server and began
9  phasing out the use of the HostDime.com server.

10       10.    On December 23, 2005, the Honorable William J. Martini, United States
11 District Judge for the District of New Jersey, signed an order authorizing the interception
12 of electronic communications occurring over the e-mail account of
13 theodore_dykstra@hotmail.com (hereinafter the "Dykstra Hotmail Account"). Actual
14 interception pursuant to that order commenced on December 27, 2005. Over the
15 following thirty day period, numerous pertinent e-mail communications were intercepted
16 pertaining to individuals attempting to gain access to the "Illegal CP" website. Based on
17 those interceptions, ICE agents have been able to determine the following:

18       a.     The individual or individuals controlling the Dykstra Hotmail
19 Account receives the information submitted by an individual attempting to subscribe to
20 the "Illegal CP" website by some means or pathway other than the Dykstra Hotmail
21 Account. That information includes the name of the subscriber, the subscriber's address,
22 the subscriber's credit card information and the subscriber's e-mail address.

23       b.     The individual or individuals controlling the Dykstra Hotmail
24 Account then transmit this information via an attachment to an e-mail to one of the
25 following e-mail addresses:  joe777@mail.ru, admin@sib-games.com and
26 admin@ad-soft.net. The Dykstra Hotmail Account then receives a return e-mail, typically
27 on the same day, from one of the previously referenced e-mail accounts (joe777@mail.ru,
28 admin@sib-games.com or admin@ad-soft.net) which effectively advises whether the

COMPLAINT/WISEMER — 5

1   individual should be accepted or rejected as a subscriber or whether some other action
2   should be taken.

3       c.   Finally, an e-mail from the Dykstra Hotmail Account is sent to the
4   individuals whose credit card information has been satisfactorily verified (a) informing
5   them that they have been granted access to the "Illegal CP" website; (b) providing a
6   password and login (typically those which have been previously selected by the would-be
7   subscriber); and (c) supplying at least one link to the "Illegal CP" website. Accordingly,
8   the interception of electronic communications over the Dykstra Hotmail Account
9   provided direct evidence of those individuals who had successfully subscribed to the
10  "Illegal CP" website.

11      d.   In instances when the operator or operators of the Dykstra Hotmail
12  Account desired that a would-be subscriber gain access to the "Illegal CP" website via
13  E-Gold, an e-mail would be sent to that individual providing a link where the individual
14  could access instructions for making payment through E-Gold. For those who were
15  already able to make a payment through E-Gold, the e-mail listed one of two E-Gold
16  accounts controlled by the operator or operators of the Dykstra Hotmail Account through
17  which a subscriber could make a direct payment.

18  11.   Interception of electronic communications over the Dykstra Hotmail
19  Account ended (pursuant to the December 23, 2005, order) on January 25, 2006.
20  Pursuant to an order signed by the Honorable William J. Martini authorizing continued
21  interception of electronic communications over the Dykstra Hotmail Account,
22  interception resumed on January 27, 2006, and continued through February 25, 2006.
23  During this time period, hundreds of individuals within the United States were granted
24  access to the "Illegal CP" website.

25  12.   During the period of authorized interception, ICE agents determined that
26  the operator(s) of the "Illegal CP" website had shifted the contents of the website to a
27  new server located in McLean, Virginia, which began hosting the content of the website
28  as early as December 2005. On February 1, 2006, a search of a server maintained by an

COMPLAINT/WISEMER — 6

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  ISP known as HopOne was conducted pursuant to a court-authorized search warrant.

2  That search revealed the presence of thousands of images and videos of child

3  pornography from the "Illegal CP" website contained on the server.  In addition,

4  numerous log files ranging from the period from October 2005 through February 1, 2006,

5  were recorded which documented contact by numerous IP addresses.  These log files also

6  included a variety of data of individuals who were members of the "Illegal CP" website

7  including a member 's ID, a member's login, the member's e-mail address, and the date

8  and time when the member's subscription began and the IP address.  For each particular

9  video or image which had been accessed by a member, the log files provided the

10  member's ID, the IP address of the individual accessing the particular image and the date

11  and time when that particular image had been accessed.

12      13.    A second court-authorized search warrant was obtained for this server on or

13  about March 2, 2006, which provided log file information from February 1 through

14  February 7, 2006, at which time the ISP shut down the website.  The website was

15  subsequently established on a third server after a disruption in access to the website which

16  lasted several days, and which resulted in the operators of the "Illegal CP" website

17  offering free access to archives of child pornography associated with the website to its

18  inconvenienced subscribers.[1]  As a result, a number of individuals who had a current

19  subscription to the "Illegal CP" website at the time of the disruption in service sent

20  e-mails informing the operator or operators of the Dykstra Hotmail Account specifying

21  the particular archive to which they desired access.  In response, an e-mail from the

22  Dykstra Hotmail Account would be sent providing a link to the archive and a password.

23  Agents determined that the content of the "BIG CP MOVIE" archive was maintained by

24  an ISP known as PiloSoft on a server located in New York City.

25

26

___

27  [1]  The location of the third server was in Russia, therefore ICE agents were unable to obtain a search warrant for the website content after February 7, 2006.  Anybody who subscribed to the website after February 7, 2006, will not have any log files pertaining to content accessed

28  from the website.

COMPLAINT/WISEMER — 7

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

14.    On or about April 21, 2006, a search warrant of this server was conducted pursuant to a Court-authorized search warrant. A review of the contents of this server revealed the presence of numerous videos of child pornography including many of those which had been advertised through the "Illegal CP" website and which had been offered as compensation to those whose subscribers who had experienced a disruption in access to the website in February of 2006. The server also contained log files which included, among other data, the subscriber's IP address, the particular file containing the archive to which the subscriber had sought access, and the date and time when the subscriber's IP address had been used to gain access to the file in question.

### WISEMER'S SUBSCRIPTION TO THE "ILLEGAL CP" WEBSITE

15.    ICE agents have determined that an individual named LYLE WISEMER, who currently resides at 1019 22nd Street #14, Anacortes, Washington 98221, has subscribed to the "Illegal CP" website and has received child pornography.

16.    On or about February 12, 2006, ICE agents intercepted the first of several e-mails transmitted over the Dykstra Hotmail Account which were relevant to the receipt and possession of child pornography by LYLE WISEMER. At approximately 02:14 p.m. PST, the operator or operators of the Dykstra Hotmail Account sent an e-mail to admin@ad-soft.net as an apparent request to verify the credit card and other information submitted by various individuals who bought subscriptions to the "Illegal CP" website. This data was included in an attachment to the e-mail which ICE agents were able to decode using commercially available software. Among those individuals seeking access to the website was an individual who listed his name as LYLE WISEMER. He provided an address of 1019 22nd Street #14, Anacortes, Washington, with a zip code of 98221. He also listed his e-mail address as wiseguy1080@peoplepc.com and provided a telephone number of 360-293-0278. He also provided a credit card number of ************7473, and listed the card's expiration date. Also included in this data were his selected login of "wiseguy10" and his selected password of "sonics." In addition, the data from this e-mail

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  included the IP address, 207.200.116.6, as the address from which LYLE WISEMER had

2  submitted his information.

3      17.    On or about February 13, 2006, at approximately 3:08 p.m. PST, ICE agents

4  intercepted an e-mail message to the Dykstra Hotmail Account from admin@ad-soft.net

5  to the operators of the Dykstra Hotmail Account. This e-mail contained the e-mail

6  addresses of numerous individuals seeking a subscription to the "Illegal CP" website and

7  listed a variety of codes next to these addresses indicating whether, among other things,

8  their credit card payment should be accepted or declined or whether they should be

9  referred for payment through E-gold. For those for whom granting a subscription was

10  advised, a notation of "term" followed by four or five digits was listed by their e-mail

11  address. Within the list contained in this e-mail was the e-mail address for LYLE

12  WISEMER, namely, "wiseguy1080@peoplepc.com," followed by the notation

13  "term23293" indicating that his credit card payment should be accepted.

14      18.    On or about February 13, 2006, at approximately 11:36 a.m. PST, ICE

15  agents intercepted an e-mail message from the Dykstra Hotmail Account to the e-mail

16  addresses of a number of individuals who had attempted to subscribe to the "Illegal CP"

17  website. Among the recipients of this message was wiseguy1080@peoplepc.com, the

18  e-mail address of LYLE WISEMER. The message informed the recipients that they had

19  been granted access to the "Illegal CP" website by stating the following: "Hello. . . .

20  !!!!!You have been billed by ADSOFT for 79.99!!!!!!. . .Login: wiseguy10, Password:

21  sonics, Your account will be activated in 24 hours." The message then provided three

22  links to the "Illegal CP" website, stating "For entering, use one of the these urls:

23  http://mhumbu.badlink.net/ . . . http://pliac.hotfire.net/ . . . http://fargo.sel.to/."

24      19.    On or about February 18, 2006, at approximately 12:39 a.m. PST,

25  wiseguy1080@peoplepc.com sent an email to the site support -

26  theodore_dykstra@hotmail.com which read, "Hello, I cannot seem to log on to the site.

27  Please help me. Thank you...Lyle."

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

20.     On February 18, 2006, at approximately 2:12 a.m. PST,
theodore_dykstra@hotmail.com sent an email to wiseguy1080@peoplepc.com which
read, "Please specify what error message you receive trying to enter the member's area.
We will do our best to help you."

21.     On or about February 18, 2006, at approximately 5:18 p.m. PST,
wiseguy1080@peoplepc.com sent an email to theodore_dykstra@hotmail.com which
read, "It says IP limit exceed. Try later. Please help. Thank you."

22.     On or about February 19, 2006, at approximately 2:11 a.m. PST,
theodore_dykstra@hotmail.com sent an email to wiseguy1080@peoplepc.com which
read, "Try it now."

23.     On or about June 21, 2006, ICE agents received the subpoenaed credit card
billing records of LYLE WISEMER from Bank of America. Those records revealed that
LYLE WISEMER's Visa, which has a credit card number of ************7473, had
been billed $79.99 by "AD SOFT" with a transaction date of February 13, 2006. This
credit card number corresponds to the number for LYLE WISEMER which had been sent
in the e-mail message from the Dykstra Hotmail Account to **admin@ad-soft.net** on or
about February 13, 2006.

### THE SEARCH OF WISEMER'S APARTMENT

24.     Based in part on the information described above, I applied for a warrant to
search WISEMER's apartment at 1019 22nd Street #14, Anacortes, Washington, for
evidence of crimes involving child pornography. United States Magistrate Judge
James P. Donohue issued the warrant on August 31, 2006.

25. On September 1, 2006, at approximately 9:00 a.m., ICE agents and two City
of Anacortes Police Officers, who assisted ICE in the execution of the search warrant,
approached WISEMER's apartment. The Officers knocked on WISEMER's apartment
door and they heard a male voice, who was later identified as WISEMER, tell them to
"hold on." The Officers waited approximately five seconds and knocked again.

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   WISEMER then stated, "Give me a minute to get some clothes on." The Officers waited

2   approximately one minute before WISEMER opened the door to speak with them.

3        26.    Agent Herschlip and I explained to WISEMER that the Search Warrant

4   gave us permission to be there and asked him if he had any questions. WISEMER wanted

5   to know what is was for. I told WISEMER that is had to do with some of his Internet

6   activity. Right after WISEMER was told it was Internet related he stated, "I am addicted

7   to porn." I explained to WISEMER that before we discussed the situation any further that

8   I needed to read him his Miranda rights. After advising WISEMER of his rights at

9   approximately 9:08 a.m., WISEMER signed the Waiver portion of the Statement of

10   Rights form.

11        27.    WISEMER verified that his name was LYLE STEVEN WISEMER and that

12   is date of birth is June 17, 1966. During the course of the interview with WISEMER he

13   stated that he has never touched a child and never would. WISEMER stated that his most

14   recent Internet download was two days prior to this search warrant. WISEMER stated

15   that none of his VHS tapes have child pornography on them. WISEMER did state that

16   there was some adult pornography on the VHS tapes but no child pornography.

17   WISEMER stated that he prints out pictures of child pornography from the child

18   pornography websites. WISEMER stated that he would store the images in his "My

19   Pictures" folder on his computer.

20        28.    WISEMER stated that he considers the images he looks at as "child

21   modeling." WISEMER stated that he did not think it was illegal. WISEMER explained

22   further that there are non-nude sites that he goes onto. Those are the sites WISEMER

23   considers "child modeling." WISEMER admitted that he had come across some sites

24   with nude children and had downloaded and printed out images from those websites.

25   WISEMER then stated that he does knowingly look for nude and non-nude sites with

26   children on them. WISEMER made clear that he only downloads and prints the images

27   and that he does not mail the photos out or distribute them. WISEMER stated that he has

28   never seen an individual that he knows in the child pornography pictures. WISEMER

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   stated that looking at the images is "purely fantasy" and that he does not take any photos

2   of kids, nude or non-nude. WISEMER stated that he does "girl watch" (notice women, in

3   a sexual sense, when they walk by), but never little kids.

4        29.    WISEMER stated that he usually has to pay to gain access into the websites

5   and that he typically uses one credit card to purchase site access. WISEMER stated that

6   occasionally he would use a different credit card but typically uses just the one.

7   WISEMER stated that he banks with Bank of America and WISEMER gave Sergeant

8   Korterud and Officer Alves the contents of his wallet including his credit cards so that the

9   Sergeant could make copies of those documents. The Bank of America credit card with

10   the number 4427103008797473 was among the items WISEMER gave to the Officers.

11   Credit card 4427103008797473 is the credit card listed on WISEMER's sign-up sheet for

12   the "Illegal CP" website. WISEMER could not remember how the purchases for the

13   child pornography websites showed up on his credit card statement.

14        30.    WISEMER confirmed that his email address is

15   wiseguy1080@peoplepc.com.

16        31.    WISEMER stated that he had moved to Washington about five years ago

17   and has been accessing child pornography for the last two years. WISEMER stated that

18   he has not chatted on-line for years and that the last time he did chat it was with adults

19   and there was no sexual discussion. WISEMER stated that he has never chatted with

20   kids.

21        32.    WISEMER stated that the only other person who has access to his

22   apartment is a female named Connie. WISEMER stated that Connie does not use his

23   computer. WISEMER stated that Connie does have a 17 year old child and also had

24   another child that just died in a car accident. WISEMER stated that he had never seen

25   Connie's children.

26        33.    One of the many items seized during the search warrant was a large box

27   containing printed photos of children which varied from clothed to nude. There were

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 | approximately 1,840 printed out images in that box. I reviewed the images on these
2 | photos and three of the images are described below:

3 |         a.       Image 1 – This image depicts a white adult male sitting in a chair
4 | next to a computer desk. The male has an erect penis which is exposed out the left leg
5 | opening of the blue shorts he is wearing. The white male's legs are spread apart and there
6 | is a young female child is standing between the adult male's legs and she is holding the
7 | male's erect penis in her left hand while licking his penis with her tongue. The young
8 | female child's pants and underwear are pulled midway down her legs to her knee area.
9 | She is wearing a flowered long-sleeved white shirt. The young female child has blonde
10 | hair and brown eyes.

11 |         b.       Image 2 – This image depicts a white juvenile female lying nude on
12 | her back on top of a floral bedspread. There is a white adult male who appears to be
13 | straddling the juvenile female's legs. It appears as though there is seminal fluid being
14 | released from the adult male's penis and suspended above the juvenile female's legs. The
15 | female has light brown hair and brown eyes. There is slight breast development and no
16 | visible pubic hair on the female.

17 |         c.       Image 3 – This image depicts a prepubescent white female who is
18 | shown nude from the waist to the mid thigh area. The prepubescent female is lying on
19 | her back, nude with her legs spread apart. There is an adult white male who is shown in
20 | the genital area and is penetrating the prepubescent female's genital area.

21 | **COMPUTER FORENSICS**

22 |         34.      On September 7, 2006, Computer Forensic Analyst (CFA) William Darrah
23 | conducted a forensic examination of the computer seized from WISEMER's apartment.
24 | Using hash values, CFA Darrah observed 89 video files that had hash matches for files
25 | encountered during child pornography investigations. CFA Darrah also observed three
26 | video files that he believed depicted child pornography involving pain and/or bondage.
27 | CFA Darrah observed 68 files (19 videos) that he believed depicted child pornography.
28 |

COMPLAINT/WISEMER – 13

35.    On July 25, 2007, I received a phone call from Anacortes Police
Department Sergeant Lou D'Amelio. Sergeant D'Amelio informed me that WISEMER
was fired from his job at Brown and Cole in April 2007 and was then employed with the
Lopez Market on Lopez Island, from which he was fired on July 15, 2007. WISEMER's
co-worker stated that WISEMER had recently been consuming a fair amount of alcohol
apart from work. Sergeant D'Amelio stated that WISEMER was arrested on a DUI
charge at the beginning of July 2007. Sergeant D'Amelio informed me that WISEMER's
landlord was called by WISEMER's downstairs apartment neighbor who reported water
leaking though WISEMER's floor into his apartment. The landlord went to resolve the
leak and was unable to contact WISEMER. The landlord then gained access to
WISEMER's apartment using her set of keys and found WISEMER's apartment to be
completely disheveled. Reportedly there was water all over the floor from the toilet being
smashed and the cupboards were ripped off of the wall and on the floor. Few items were
left behind and one neighbor stated that she heard WISEMER state that he was leaving to
make a fresh start somewhere else.

36.    Based on my investigation, I respectfully submit that there is probable cause
to believe that on or about September 1, 2006, at Anacortes, Washington, within the
Western District of Washington, and elsewhere, LYLE STEVEN WISEMER did
knowingly possess, and attempt to possess, a computer hard drive that contained visual
depictions that had been mailed or had been shipped or transported in interstate commerce
or foreign commerce, or which had been produced using materials that had been mailed
or so shipped or transported, by any means including by computer, that is, visual
depictions the production of which involved the use of minors engaging in sexually

///

///

///

COMPLAINT/WISEMER — 14

1  explicit conduct, and the visual depictions were of such conduct, and did receive such

2  materials, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B),

3  (b)(2), and 2256.

4

5

6                    JENNIFER HINCKLEY, Complainant

7                    Special Agent, Immigration and Customs Enforcement

8

9        Based on the Complaint and Affidavit sworn to before me, and subscribed in my

10  presence, the Court hereby finds that there is probable cause to believe the defendant

11  committed the offenses set forth in the Complaint.

12       DATED this _3/_ day of _July_____, 2007.

13

14

15

16                  MONICA J. BENTON

17                  United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT/WISEMER — 15

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970