# UNITED STATES DISTRICT COURT
## Northern District of California
280 South First Street
San Jose, California 95113

Richard W. Wieking
Clerk

**FILED**
2007 SEP 21 P 3: 55
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

www.cand.uscourts.gov

General Court Number
408.535.5363

September 11, 2007

Clerk of Court
U.S. District Court, Western District
700 Stewart St.,
Seattle, WA 98101

FILED
LODGED
RECEIVED    MAIL

SEP 14 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Case Name: **US-v-Lyle Steven Wisemer**
Case Number: **CR-07-70533-PVT (Your Case# MJ 07-359)**
Charges: **18:2252(a)(4)(B) & (6)(2)**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Patricia V. Trumbull. The following action has been taken:

(X)  The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )  The defendant has a court appearance in your court on:

Enclosed are the following documents:
  original Rule 5 affidavit
  original minute orders
  certified copy of *AO 94, Commitment to Another District*
  Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: _____Cita F. Escolano_____
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

Date: __9/17/07__

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk